UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :   24 Cr. 642 (LGS)
            -against-                                       :
                                                            :   ORDER
LUIS EMERITH BETANZO GARCIA, et al,                         :
                                            Defendants.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that status conference currently scheduled for June 30, 2025, is adjourned to **July 14, 2025, at 10:45 a.m.** due to ongoing trial proceedings.

Dated: June 26, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**