UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                              -against-

    LUIS EMERITH BETANZO GARCIA, et al,
                                      Defendants.
------------------------------------------------------------X

24 Cr. 642 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that status conference currently scheduled for June 30, 2025, is adjourned to **July 14, 2025, at 10:45 a.m.** due to ongoing trial proceedings.

Dated: June 26, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**