**Law Offices of Donna R. Newman**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel: (212) 229-1516 | Fax: (212) 676-7497
Cell: (201) 306-4369
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

July 9, 2025

**BY ECF & EMAIL**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

      Re:    *United States of America v. Betanzo Garcia, Anderson Badia*
                  **24 Cr. 642 (LGS)**

Honorable Judge Schofield:

On behalf of Mr. Betanzo Garcia, and with the consent of the Government and counsel for Mr. Badia, I respectfully request the status conference scheduled for Monday July 14th at 10:45 a.m. be adjourned for period of two weeks. The parties are in plea negotiations and it does appear that a resolution short of trial will result. However, some additional time is needed for counsel to meet with their respective clients and iron out some of the details of the proposed plea with the Government. Wherefore, I respectfully request the Court grant the requested adjournment and set the matter down for a status conference at date and time two weeks from July 14th convenient for the Court and the parties.

Respectfully submitted,
/s/
Donna R Newman
Cc: AUSA Justine Horton
     AUSA Amanda Weingarten
     Neil Kelly, Esq., counsel for Anderson Badia

Application Granted.  The status conference currently scheduled for July 14, 2025, is adjourned to **July 29, 2025, at 10:30 a.m**.  The Court finds that the ends of justice served by excluding the time between today and July 29, 2025, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. § 3161(h) (7)(A) because, among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue.  It is hereby ORDERED that the time between today and July 29, 2025, is excluded. The Clerk of the Court is directed to terminate the letter motions at docket numbers 37 and 38.

Dated: July 9, 2025
New York, New York

                                     LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE