UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS EMERITH BETANZO GARCIA,<br><br>Defendant. | **ORDER**<br><br>24 Cr. 642 (LGS) |

WHEREAS, with the consent of defendant Luis Emerith Betanzo Garcia, the defendant's guilty plea allocution was taken before United States Magistrate Judge Robert W. Lehrburger on August 8, 2025;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

The Clerk of the Court is directed to terminate the letter motion at docket number 45.

**SO ORDERED.**

Dated: August 26, 2025
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**