UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
 :  24 Cr. 642-01 (LGS)
             -against- :
 :  <u>SCHEDULING ORDER</u>
LUIS EMERITH BETANZO GARCIA, :
                         Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Luis Emerith Betanzo Garcia's sentencing hearing will be held on **December 8, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's sentencing submission, if any, shall be filed on or before **November 17, 2025**.  The Government's pre-sentencing submission, if any, shall be filed by **November 20, 2025.**

Dated: August 26, 2025
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**