

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 17, 2025

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application Granted.  Defendant's sentencing submission shall be filed by **November 19, 2025**.  The Government's sentencing submission shall be filed by **November 24, 2025**.  The Clerk of the Court is directed to terminate the letter motion at docket number 56.
>
> Dated: November 18, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *United States v. Luis Betanzo Garcia*, 24 Cr. 642 (LGS)

Dear Judge Schofield:

The Government writes on behalf of the parties to respectfully request an extension of their deadlines for filing submissions in advance of the sentencing proceeding scheduled for Monday, December 8, 2025.

The defendant's and the Government's submission deadlines are currently Monday, November 17, and Thursday, November 20, respectively. (*See* Dkt. 48).  The parties request that these deadlines be extended by the same number of business days to Wednesday, November 19, and Monday, November 24.

While the parties are not requesting that the Court adjourn the December 8 sentencing proceeding, if the Court wishes to move the proceeding to a later date in view of any submission extension it may grant, the parties are available on Thursday, December 11, and after 1:00 p.m. on both Tuesday, December 16, and Thursday, December 18.

There have been no prior requests for an extension of any sentencing-related deadlines.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:   /s/
Justin Horton
Assistant United States Attorney
(212) 637-2276

cc:  Donna R. Newman, Esq.