**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 24, 2025

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application Granted. The Government's sentencing submission shall be filed on **November 25, 2025**. The Clerk of the Court is directed to terminate the letter motion at docket number 59.

Dated: November 24, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re: *United States v. Luis Betanzo Garcia*, 24 Cr. 642 (LGS)**

Dear Judge Schofield:

The Government writes respectfully to request a one-day extension of its deadline to file its sentencing submission—from today to tomorrow, November 25—in advance of the sentencing proceeding scheduled for Monday, December 8, 2025. The Government seeks the additional time on account of the press of business. Counsel for the defendant has no objection to the Government's requested extension. The parties previously made a joint request for a several-day adjournment of their respective submission deadlines, which the Court granted. *See* Dkt. 57.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/
Justin Horton
Assistant United States Attorney
(212) 637-2276

cc: Donna R. Newman, Esq.