UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                               :

UNITED STATES OF AMERICA,          :

                                       :

                                     :             24 Cr. 642-01 (LGS)

          -against-           :

                                     :             ORDER

LUIS EMERITH BETANZO GARCIA,    :

                       Defendant.  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing hearing currently scheduled for December 8,

2025, is adjourned to **December 16, 2025, at 11:05 a.m.** due to a conflict in the Court's calendar.


Dated:  December 3, 2025
        New York, New York

                                    **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**