UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA    :    **FINAL ORDER OF**
:    **FORFEITURE**
-v.-    :
:    S1 24 CR. 642 (LGS)
LUIS EMERITH BETANZO GARCIA,    :
:
Defendant.    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about December 16, 2025, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 68), which ordered the forfeiture to the United States of all right, title and interest of LUIS EMERITH BETANZO GARCIA (the "Defendant") in the following property:

    a.    A 12-gauge, pump action Mossberg model 500 ATP shotgun, serial number H830657;

    b.    Three cases of 12-gauge Remington shotshells;

    c.    A Glock 43X pistol;

    d.    Seven magazines of assorted ammunition;

    e.    Two .22 caliber Luger cartridges;

    f.    Five 9mm Luger cartridges;

    g.    Thirty-six .25 caliber Remington cartridges inside a box;

    h.    Thirty-nine 9mm Luger cartridges inside a case;

    i.    Forty-five cartridges of assorted caliber in a Magtech box;

    j.    Fifteen .40 caliber Winchester cartridges in a Winchester Box;

    k.    Forty-Five .45 caliber cartridges of assorted make in a Blazer Box;

    l.    Fifty .45 caliber cartridges of assorted make;

m.    A Kahr CM9 9mm Pistor, with serial number 104966;

n.    One Kahr magazine;

o.    Fifty-four 9mm cartridges of assorted make;

p.    A Black Browning .25 Pistol, with serial number 140941;

q.    One Browning magazine;

r.    One .25 caliber cartridge of unknown make;

s.    One speed loader;

t.    One Allen key;

u.    One orange-colored barrel lock;

v.    Two keys on white-colored metal ring; and

w.    One black-colored Glock gun case

(a. through w., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require

publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on March 3, 2026, for thirty (30) consecutive days, through April 1, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 27, 2026 (D.E. 84);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title and interest in the Specific Property, is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Customs and Border Protection (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

The Clerk of the Court is directed to terminate the letter motion at docket number 85.

SO ORDERED.

Dated: June 12, 2026
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE